# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 7, 2025

**Before**

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-1331

| | |
|---|---|
| MICHAEL MOGAN,<br>*Plaintiff-Appellant,*<br><br>v.<br><br>PORTFOLIO MEDIA, INC.,<br>*Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:23-cv-02868<br><br>Matthew F. Kennelly,<br>*Judge.* |

**O R D E R**

Plaintiff-Appellant filed a petition for rehearing and rehearing *en banc* on July 22, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the panel have voted to deny the petition for rehearing. The petition therefore is **DENIED**.

Page 2, paragraph 1, of the opinion issued on July 14, 2025, is amended to read:

Mogan, who is an attorney, sued Airbnb in California state court on behalf of a client named Veronica McCluskey in 2018. *See Mogan v. Sacks, Ricketts & Case LLP*, No. 21-cv-08431, 2022 WL 94927, at *2 (N.D. Cal. Jan. 10, 2022) (describing the *McCluskey* case). That case went to arbitration and the state court ordered Mogan to pay sanctions for filing a frivolous motion. Mogan then sued Airbnb on his own behalf, in federal court, for abuse of process and unfair business practices that he alleged Airbnb

committed in the *McCluskey* case. The federal court dismissed the case and imposed additional sanctions against Mogan for filing a frivolous lawsuit. When he refused to pay the state court sanctions, the California State Bar filed disciplinary charges against him. Law360, a legal news website, detailed these legal battles in three articles published between 2022 and 2023.